Jimmie D. STILLWELL,
et al., Appellants,

v.

ST. LUKE'S HOSPITAL OF KANSAS
CITY, Defendant,

and

Universal Construction Co.,
Inc., Respondent.

No. WD 48011.

Missouri Court of Appeals,
Western District.

Feb. 15, 1994.

Motion for Rehearing and/or Transfer to
Supreme Court Denied March 29, 1994.

Application to Transfer Denied
May 26, 1994.

James W. Fletcher, Moore, Bucher & Morrison, Kansas City, for appellants.

Mark E. Johnson, R. Christopher Abele, William E. Hanna, Morrison & Hecker, Kansas City, for respondent Universal Const. Co.

Before LOWENSTEIN, Acting P.J., and FENNER and SMART, JJ.

### ORDER

PER CURIAM.

The mother and father of a deceased employee appeal the dismissal of their petition for wrongful death claiming the employer's acts were intentional. The trial court's ruling was based on the exclusivity of the question for the jurisdiction of the Labor and Industrial Relations Commission under § 287.120, RSMo.1986. Affirmed. Rule 84.-16(b).